IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM MCCOY,

   Petitioner,

    v.

DON JARRIEL WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-1017-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss Petition as Untimely [Doc. 5]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss Petition as Untimely [Doc. 5] is GRANTED. This action is DISMISSED.

    SO ORDERED, this 11 day of August, 2014.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge

T:\ORDERS\14\McCoy\r&r.wpd